UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★ **AUG 29 2006** ★

P.M. _____
TIME A.M. _____

-------------------------------------------------------------------X

KINGVISION PAY-PER-VIEW, LTD.
As Broadcase Licensee of the October 2, 2004
Trinidad/Mayorga Program,

        Plaintiff,

**ORDER**

CV-05-1927 (SJF)(RER)

    -vs-

AUGUSTINA TORRES, Individually and d/b/a
MARAZUL RESTAURANT a/k/a MARAZUL
MEXICAN REST., and MARAZUL MEXICAN REST.,

        Defendants.

-------------------------------------------------------------------X

FEUERSTEIN, J.

      The Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated July 10, 2006, recommending that the Court award plaintiff $15,000.00 in statutory and enhanced damages and $1,950.00 in attorney's fees and costs, plus post-judgment interest at a rate of 9% for a total of $16,950.00 is adopted in it's entirety. The Clerk of Court is directed to mark this case closed.

                SO ORDERED.

             /S/
             SANDRA J. FEUERSTEIN
             United States District Judge

Dated: Brooklyn, N.Y.
      August 24, 2006